## TULL v. WAINWRIGHT, CORRECTIONS DIRECTOR.

No. 126, Misc. Decided April 22, 1963.

Petitioner *pro se.*

*Richard W. Ervin,* Attorney General of Florida, and *James G. Mahorner,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment is vacated and the case is remanded for further consideration in light of *Gideon* v. *Wainwright,* 372 U. S. 335.